FILED
CLERK, U.S. DISTRICT COURT

SEP  5 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )     Case No.   CR 13-679R
                                    )
                  Plaintiff,        )     ORDER OF DETENTION AFTER HEARING
                                    )     (Fed.R.Crim.P. 32.1(a)(6)
            v.                      )     18 U.S.C. § 3143(a)
                                    )     Allegations of Violations of
David Earl Oliver                   )     Probation/Supervised Release
                                    )     Conditions)
                  Defendant.        )
_____)

On arrest warrant issued by the United States District Court for

the _____CDCA_____ involving alleged violations of

conditions of probation/supervised release:

     1.    The court finds that no condition or combination of

           conditions will reasonably assure:

           A.   ( ✓ ) the appearance of defendant as required; and/or

           B.   ( ✓ ) the safety of any person or the community.

///

///

///

///

///

2.  The Court concludes:

    A.  (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any other persons or the community.  Defendant poses a risk to the safety of other persons or the community based on:

_____

_____

_____

_____

    B.  (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released.  Defendant poses a flight risk based on: _____

_____

_____

_____

_____

    IT IS ORDERED that defendant be detained.

DATED: ___9/5/14___

                        HONORABLE JACQUELINE CHOOLJIAN
                        United States Magistrate Judge